BERNICE T. HAGINS v. AERO MAYFLOWER TRANSIT CO., INC.; CHAMPION STORAGE AND TRUCKING COMPANY, INCORPORATED, AND REDEVELOPMENT COMMISSION OF GREENSBORO

No. 684

(Filed 31 January 1969)

APPEAL by plaintiff from the decision of the Court of Appeals (reported in 1 N.C. App. 51, 159 S.E. 2d 592) affirming the judgment of *Crissman, J.,* entered at the 2 October 1967 Civil Session of GUILFORD, Greensboro Division.

*Comer & Harrelson for plaintiff appellant.*

*McLendon, Brim, Brooks, Pierce & Daniels by Edgar B. Fisher, Jr., for Aero Mayflower Transit Company, Inc., and Champion Storage and Trucking Company, Inc., defendant appellees.*

*Cannon, Wolfe, Coggin & Taylor for Redevelopment Commission of Greensboro, defendant appellee.*

PER CURIAM.

This is a companion case to *Hagins v. Redevelopment Commission,* decided this day and reported *ante* 90. It is referred to in

sufficient detail in the statement of facts in that case to disclose that decision there controls decision here. See also the statement of facts preceding the final four paragraphs in the opinion of the Court of Appeals. 1 N.C. App. 51, 55, 159 S.E. 2d 592, 595.

For the reasons stated in *Hagins v. Redevelopment Commission,* the decision of the Court of Appeals is reversed, and this cause is remanded to that Court with the direction that it vacate the judgment of the Superior Court from which plaintiff appealed and remand the case to that court for such further proceedings, consistent with the legal principles herein enunciated, as may be initiated.

Error and remanded.